IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| McDOWELL, RICE, SMITH & BUCHANAN, P.C., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 06-0646-CV-W-DW |
| MICHAEL L. SAIGH, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Because Defendants have not met their burden of proving the jurisdictional amount in controversy for diversity jurisdiction, and with Defendants' consent, the Court hereby GRANTS Plaintiffs' motion to remand (Doc. 4), and ORDERS that this case shall be remanded to the Circuit Court of Jackson County, Missouri.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: September 15, 2006